# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143498

SELF REALIZATION MEDITATION
HEALING CENTRE,
          Petitioner-Appellant,

v

CHARTER TOWNSHIP OF BATH,
          Respondent-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143498
COA: 297475
Tax Tribunal: 00-338925

On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

h1219